MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*GUY BRIGGS*  v.  *DORA B SCHRIRO , et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 2:05-cv-00157-JWS (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**         Date:  June 27, 2006

At docket 1, petitioner filed a petition seeking a writ of habeas corpus.  Magistrate Judge Anderson filed an exceedingly thorough report and recommendation at docket 23 in which he recommends that the petition be denied.  No objections have been filed to that report.  In a case such as this, the district judge reviews the recommended findings of fact as to which no objection has been stated for clear error and the recommended conclusions of law *de novo*.  Application of that standard here shows that the recommended findings of fact are correct and that the magistrate judge has correctly applied the law to the facts.  For these reasons, his recommendations are adopted.  The report at docket 23 is **APPROVED**.  The petition at docket 1 is **DENIED**.  This case is hereby **DISMISSED**.